UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS,<br><br>Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH AMERICA, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

04 11564 NG

MAGISTRATE JUDGE _____

RECEIPT # _____
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. ____
DATE ____

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO: Chief Judge and Judges of the
United States District Court
For the District of Massachusetts

The defendant, GlobeGround North America, LLC ("GlobeGround"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, GlobeGround states as follows:

1.  This action was commenced in the Suffolk Superior Court and is now pending before that court.

2.  As appears from the docket, files, and records of the Suffolk Superior Court, a civil action was commenced on or about June 19, 2004. Undersigned counsel received notice of the complaint on or about June 28, 2004. A copy of said complaint is attached hereto as Exhibit A.

3. This civil action arises out of personal injuries allegedly sustained by the plaintiff, Leslie Anthos ("the plaintiff"), on or about April 21, 2002. Specifically, the plaintiff, an employee of United Airlines Incorporated, was operating a belt loader at Logan Airport in Boston, Massachusetts, when an employee of defendant GlobeGround North America, LLC, who was operating a fuel truck owned by the employer defendant GlobeGround North America LLC, negligently collided into the rear-end of the belt loader plaintiff was operating, allegedly causing plaintiff to suffer severe personal injuries to her neck, head and shoulders. Plaintiff's medical expenses, to date, approximate $99,430.96 (see Civil Action Cover Sheet attached to Exhibit A).

4. The plaintiff states in her complaint that she is a resident of Swampscott, Massachusetts.

5. GlobeGround North America, LLC is a foreign corporation, with its usual place of business in Great Neck, New York

6. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiff and the defendant. Given the plaintiff's allegations, specifically, $99,430.96, as specified in the Civil Action Cover Sheet attached hereto, GlobeGround believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by GlobeGround North America, LLC.

WHEREFORE, GlobeGround North America, LLC requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

>
> GLOBEGROUND NORTH AMERICA, LLC
> By its attorneys,
> CAMPBELL CAMPBELL EDWARDS & CONROY,
> PROFESSIONAL CORPORATION,
>
> _____
> James M. Campbell (BBO# 541882)
> Kathleen M. Guilfoyle (BBO# 546512)
> Kenneth M. Robbins (BBO# 636231)
> One Constitution Plaza
> Boston, MA 02129
> (617) 241-3000

DATED: July 13, 2004

### CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that on July 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111

>
> _____
> Kenneth M. Robbins

3

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                            SUPERIOR COURT
                                                        CIVIL ACTION NO.:

|  |  |
|---|---|
| LESLIE ANTHOS, <br>     Plaintiff <br><br> v. <br><br> GLOBEGROUND <br> NORTH AMERICA LLC, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### COMPLAINT
### (JURY TRIAL REQUESTED)

### PARTIES

1. The plaintiff Leslie Anthos is a resident of Swampscott, Massachusetts.

2. Defendant Globeground North America LLC is a foreign corporation, listed with the Massachusetts Secretary of State's Office, with its usual place of business in Massachusetts located at 440 William F. McCellan, Boston, Suffolk County, MA, 02128 and having as its resident agent: CT Corporation, 101 Federal Street, Boston, MA 02110.

### FACTS

3. The plaintiff repeats and realleges the allegations contained in paragraphs 1-2 as if more fully rewritten herein.

4. On or about April 21, 2002, plaintiff Leslie Anthos was an employee of United Airlines Incorporated, driving a belt loader at Logan Airport in Boston, Massachusetts.

5. On or about April 21, 2002, an employee of defendant Globeground North America LLC, was operating a fuel truck owned by their employer defendant, Globeground North America LLC at Logan Airport in Boston, Massachusetts.

6. As plaintiff Leslie Anthos, who was signaled to stop by a co-worker, was traveling in the belt loader she brought it to a complete stop to let a 757 airliner back up, when suddenly and without warning, the employee of defendant Globeground North America LLC, while operating a fuel truck owned by the defendant, negligently collided into the rear-end of the belt loader plaintiff Leslie Anthos was operating, causing Leslie Anthos to suffer severe personal injuries.

## COUNT I
## NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA LLC

7. The plaintiff repeats and realleges the allegations contained in paragraphs 1-6 as if more fully rewritten herein.

8. As a direct and proximate result of the negligence of the defendant Globeground North America LLC, through it's agents, employees and servants, as described in paragraph six (6), the plaintiff Leslie Anthos suffered severe personal injuries, medical expenses, disability, lost wages, causing her great pain of mind and body and leaving her in a much diminished state.

WHEREFORE, plaintiff Leslie Anthos demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT II
## VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA LLC

9. The plaintiff repeats and realleges the allegations contained in paragraphs 1-8 as if more fully rewritten herein.

10. On or about April 21, 2002 an employee of the defendant Globeground North America LLC was operating a fuel truck owned by the defendant in the course of their employment at Logan Airport in Boston, Massachusetts.

11. The defendant, Globeground North America LLC, is and was responsible for the negligent conduct of it's employee as the employee acted within the scope of their employment.

12. As a direct and proximate result of the negligence and carelessness of the employee of the defendant, Globeground North America LLC, the plaintiff, Leslie Anthos suffered severe personal injuries, medical expenses, disability, lost wages, causing her great pain of mind and body and leaving her in a much diminished state.

WHEREFORE, plaintiff Leslie Anthos demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

PURSUANT TO MASSACHUSETTS RULES OF CIVIL PROCEDURE RULE 38, THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

Plaintiff, Leslie Anthos,
by her attorney,

Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 117450

54645

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|

**PLAINTIFF(S)**
Leslie Anthos

**DEFENDANT(S)**
Globe Ground North America LLC

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE**
Ann McNamara
Board of Bar Overseers number: 546445

**ATTORNEY (if known)**

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle negligence - P.I. | (F) | (X) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................ estimate $4,890.00 *
2. Total Doctor expenses ................................................. estimate $5,593.00 *
3. Total chiropractic expenses .......................................... estimate $ ——— *
4. Total physical therapy expenses ................................... estimate $2,641.00 *
5. Total other expenses (describe) medication, MRI, etc. ... estimate $1,506.96 *
   Subtotal estimate $14,630.96 *
B. Documented lost wages and compensation to date ......... estimate $84,800.00 *
C. Documented property damages to date ........................ estimate $ NONE *
D. Reasonably anticipated future medical and hospital expenses ... estimate $ UNKNOWN *
E. Reasonably anticipated lost wages ............................... estimate $ *
F. Other documented items of damages (describe)
   estimate $ NONE *
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
   Plaintiff suffered injuries to her neck, head and shoulder.*
   $ ............
   TOTAL estimate $99,430.96 *

* Plaintiff reserves the right to supplement or amend if necessary.

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. ............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _Ann McNamara_ DATE: _____

OTC-6 mtc005-11/99
O.S.C. 1-2000

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-2678 H

Leslie Anthos
_____, Plaintiff(s)

v.

Globeground North America, LLC
_____, Defendant(s)

## SUMMONS

To the above-named Defendant: Globeground North America, LLC c/o Resident Agent: CT Corporation, 101 Federal Street, Boston, MA 02110.

You are hereby summoned and required to serve upon  Ann M. McNamara, Esquire Quinn and Morris,

plaintiff's attorney, whose address is 141 Tremont St., Boston, MA 02111 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 19th day of June , in the year of our Lord two thousand and four .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

%JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS

Leslie Anthos

(b) County of Residence of First Listed Plaintiff   Essex
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ann M. McNamara
Quinn and Morris
141 Tremont St.
Boston, MA 02111; (617) 423-3500

### DEFENDANTS

GlobeGround North America, LLC

County of Residence of First Listed   Great Neck, NY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Kathleen M. Guilfoyle/Kenneth M. Robbins
Campbell Campbell Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129; (617) 241-3000

(handwritten: 04 11564)

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [x] 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for (For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury—Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [x] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | | | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Condition | | |

### V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Plaintiff alleges defendant, while operating a fuel truck, negligently collided into the rear-end of the belt loader plaintiff was operating, causing plaintiff to suffer severe personal injuries to her neck, head, and shoulders.

### VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND:   [x] Yes   [ ] No

### VIII. RELATED CASE(S)   (See instructions):
IF ANY
JUDGE _____   DOCKET NUMBER _____

DATE   7/13/04
SIGNATURE OF ATTORNEY OF RECORD
Kenneth M. Robbins

**FOR OFFICE USE ONLY**
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Leslie Anthos v. Globebround North America, LLC_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    - [ ] I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
    - [ ] II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases
    - [x] III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.
    - [ ] IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.
    - [ ] V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _N/A_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES [ ]    NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES [ ]    NO [x]

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES [ ]    NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES [ ]    NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES [x]    NO [ ]

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division [x]    Central Division [ ]    Western Division [ ]

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division [ ]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES [ ]    NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Kenneth M. Robbins_
                _Campbell Campbell Edwards & Conroy PC_
ADDRESS _One Constitution Plaza, Boston, MA 02129_
TELEPHONE NO. _617-241-3000_

(Coversheetlocal.wpd - 10/17/02)