UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS | ) 04 11564 RG |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| GLOBEGROUND NORTH AMERICA, LLC | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kenneth M. Robbins of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant GlobeGround North America, LLC.

        GLOBEGROUND NORTH AMERICA, LLC
        By its Attorneys,
        CAMPBELL CAMPBELL EDWARDS & CONROY,
        PROFESSIONAL CORPORATION,

        James M. Campbell (BBO# 541882)
        Kathleen M. Guilfoyle (BBO# 546512)
        Kenneth M. Robbins (BBO# 636231)
        One Constitution Plaza
        Boston, MA 02129
        (617) 241-3000

DATED: July 13, 2004

## CERTIFICATE OF SERVICE

    I, Kenneth M. Robbins, hereby certify that on July 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111

_____
Kenneth M. Robbins