UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| GLOBEGROUND NORTH ) | |
| AMERICA, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell and Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant GlobeGround North America, LLC.

GLOBEGROUND NORTH AMERICA, LLC
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
Kenneth M. Robbins (BBO# 636231)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: July 13, 2004

## CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that on July 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA  02111

_____
Kenneth M. Robbins