UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBEGROUND NORTH )<br>AMERICA, LLC )<br>)<br>Defendant. )<br>) | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3(A)**

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant GlobeGround North America, LLC states that it has no parent corporation and no publicly held company that owns 10% or more of its stock.

GLOBEGROUND NORTH AMERICA, LLC
**By its Attorneys,**
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

_____
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
Kenneth M. Robbins (BBO# 636231)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: July 13, 2004

## CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that on July 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111

_____
Kenneth M. Robbins