UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | | |
|---|---|---|
| LESLIE ANTHOS | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-11564-NG |
| | ) | |
| v. | ) | |
| | ) | |
| GLOBEGROUND NORTH | ) | |
| AMERICA LLC | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER AND JURY DEMAND OF DEFENDANT
## GLOBEGROUND NORTH AMERICA LLC

Defendant GlobeGround North America LLC ("GlobeGround") responds as follows to the Complaint of plaintiff Leslie Anthos ("the plaintiff").

### PARTIES

1.     GlobeGround is without information or knowledge sufficient to form a belief as to the truth of the averments contained in Paragraph 1 of the Complaint.

2.     GlobeGround states that it is Delaware limited liability company with a principal place of business in Great Neck, New York.  Further responding, GlobeGround admits that it is authorized to do business in Massachusetts, that CT Corporation is its resident agent, and denies the remaining averments contained in Paragraph 2 of the Complaint.

### FACTS

3.     GlobeGround repeats and realleges its responses to the allegations contained in Paragraphs 1-2 of the Complaint as if specifically restated herein.

4-5.    GlobeGround is without information or knowledge sufficient to form a belief as to the truth of the averments contained in Paragraphs 4-5 of the Complaint.

6.    GlobeGround denies that either it or its employees were negligent. Further responding, GlobeGround is without information or knowledge sufficient to form a belief as to the truth of the remaining averments contained in Paragraph 6 of the Complaint.

COUNT I
NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA, LLC

7.    GlobeGround repeats and realleges its responses to the allegations contained in Paragraphs 1-6 of the Complaint as if specifically restated herein.

8.    GlobeGround denies the averments contained in Paragraph 8 of Count I of the Complaint.

COUNT II
VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA, LLC

9.    GlobeGround repeats and realleges its responses to the allegations contained in Paragraphs 1-8 of the Complaint as if specifically restated herein.

10.    GlobeGround is without information or knowledge sufficient to form a belief as to the truth of the averments contained in Paragraph 10 of Count II of the Complaint and, therefore, deny same.

11.    GlobeGround denies that its employee was negligent.  Further responding, GlobeGround states that the remaining averments contained in Paragraph 11 of Count II of the Complaint contain legal conclusions to which no responsive pleading is required. To the extent that a responsive pleading is required, GlobeGround denies the averments contained in Paragraph 11 of Count II of the Complaint.

12.    GlobeGround denies the averments contained in Paragraph 12 of Count II of the Complaint.

FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

If the Plaintiff suffered injuries, as alleged, such injuries were caused by someone for whose conduct the Defendant was not and is not legally responsible.

THIRD AFFIRMATIVE DEFENSE

The Plaintiff's injuries were caused in whole or in part by the Plaintiff's negligence. Accordingly, the damages (if any) the Plaintiff recovers from the Defendant should be reduced in proportion to the Plaintiff's negligence in accordance with M.G.L. c. 231, s. 85 et seq.

FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred because her alleged injuries and damages were caused by the acts or omissions of third-parties over whom the Defendant exercised no control and for whose conduct the Defendant bears no responsibility.

FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred in whole or in part because she failed to mitigate her damages.

SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred because the alleged injuries and damages were caused by the intervening and superseding actions of persons for whom the Defendant bears no responsibility.

## JURY DEMAND

The Defendant requests a trial by jury on all counts so triable.

**GLOBEGROUND NORTH AMERICA LLC**
**By its attorneys,**
**CAMPBELL CAMPBELL EDWARDS & CONROY,**
**PROFESSIONAL CORPORATION,**

/s/ Kathleen M. Guilfoyle
_____
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
Kenneth M. Robbins (BBO# 636231)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: July 22, 2004

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on July 22, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA  02111

/s/ Kathleen M. Guilfoyle
_____
Kathleen M. Guilfoyle