| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 04-2078 H | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|
| PLAINTIFF(S) Leslie Anthos | | DEFENDANT(S) Globe Ground North America LLC |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Ann McNamara Board of Bar Overseers number: 546445 | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle negligence - P.I. | (F) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............... estimate $4,890.00 *
2. Total Doctor expenses ............... estimate $5,593.00 *
3. Total chiropractic expenses ............... estimate $ ------- *
4. Total physical therapy expenses ............... estimate $2,641.00 *
5. Total other expenses (describe) medication, MRI, etc. ............... estimate $1,506.96 *
   Subtotal estimate $14,630.96 *
B. Documented lost wages and compensation to date ............... estimate $84,800.00 *
C. Documented property damages to date ............... estimate $ NONE *
D. Reasonably anticipated future medical and hospital expenses ............... estimate $ *
E. Reasonably anticipated lost wages ............... estimate $ UNKNOWN *
F. Other documented items of damages (describe) ............... estimate $ NONE *

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
Plaintiff suffered injuries to her neck, head and shoulder.*

* Plaintiff reserves the right to supplement or amend if necessary. estimate TOTAL $ 99,430.96 *

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $. ............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: _____

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON JULY 22, 2004, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____

ASSISTANT CLERK.

*Suffolk Superior Civil # 04-2678H*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSCHUSETTS



| | |
|---|---|
| LESLIE ANTHOS | ) |
| Plaintiff, | ) |
| v. | ) |
| GLOBEGROUND NORTH AMERICA, LLC | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO:   Chief Judge and Judges of the
United States District Court
For the District of Massachusetts

The defendant, GlobeGround North America, LLC ("GlobeGround"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 in connection with the above-captioned action. As grounds for its Notice of Removal, GlobeGround states as follows:

1.   This action was commenced in the Suffolk Superior Court and is now pending before that court.

2.   As appears from the docket, files, and records of the Suffolk Superior Court, a civil action was commenced on or about June 19, 2004. Undersigned counsel received notice of the complaint on or about June 28, 2004. A copy of said complaint is attached hereto as Exhibit A.

3. This civil action arises out of personal injuries allegedly sustained by the plaintiff, Leslie Anthos ("the plaintiff"), on or about April 21, 2002. Specifically, the plaintiff, an employee of United Airlines Incorporated, was operating a belt loader at Logan Airport in Boston, Massachusetts, when an employee of defendant GlobeGround North America, LLC, who was operating a fuel truck owned by the employer defendant GlobeGround North America LLC, negligently collided into the rear-end of the belt loader plaintiff was operating, allegedly causing plaintiff to suffer severe personal injuries to her neck, head and shoulders. Plaintiff's medical expenses, to date, approximate $99,430.96 (see Civil Action Cover Sheet attached to Exhibit A).

4. The plaintiff states in her complaint that she is a resident of Swampscott, Massachusetts.

5. GlobeGround North America, LLC is a foreign corporation, with its usual place of business in Great Neck, New York

6. Jurisdiction of the Federal Court is founded on the complete diversity of citizenship between the plaintiff and the defendant. Given the plaintiff's allegations, specifically, $99,430.96, as specified in the Civil Action Cover Sheet attached hereto, GlobeGround believes that the amount in controversy exceeds $75,000 exclusive of interests and costs.

7. This Notice of Removal is filed within thirty (30) days of receipt of the complaint in this action by GlobeGround North America, LLC.

WHEREFORE, GlobeGround North America, LLC requests that this action be removed from the Suffolk Superior Court to the United States District Court for the District of Massachusetts.

GLOBEGROUND NORTH AMERICA, LLC
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

_____
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
Kenneth M. Robbins (BBO# 636231)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED: July 13, 2004

HEREBY ATTEST AND CERTIFY ON
JULY 22, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.

CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that on July 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA  02111

_____
Kenneth M. Robbins

3

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.  SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 04-2678H

LESLIE ANTHOS )
 )
Plaintiff, )
 )
v. )
 )
GLOBEGROUND NORTH )
AMERICA, LLC )
 )
Defendant. )

## NOTICE OF REMOVAL

TO: Civil Clerk's Office
Suffolk Superior Court
810 US Post Office & Courthouse
90 Devonshire Street
Boston, MA 02109

Please take notice that the defendant, GlobeGround North America, LLC, has on the 13th day of July, 2004, filed a Notice of Removal pursuant to 28 U.S.C. sec. 1441 et seq., containing a statement of facts that entitle it to remove the case to the United States District Court, District of Massachusetts.

A copy of the Notice of Removal filed with the United States District Court has been filed together with this notice.

GLOBEGROUND NORTH AMERICA, LLC
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

_____
James M. Campbell (BBO# 541882)
Kathleen M. Guilfoyle (BBO# 546512)
Kenneth M. Robbins (BBO# 636231)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

DATED:     July 13, 2004

## CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that on July 13, 2004, a true copy of the above document was sent by first class mail, postage prepaid to the following counsel of record:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111

_____
Kenneth M. Robbins

2

MAS-20030912　　　　　　　　　　　　Case 1:04-cv-11564-RBC　　Document 6　　Filed 07/30/2004　　Page 7 of 11　　07/21/2004
guen　　　　　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　　　　　03:49 PM
　　　　　　　　　　　　　　　　　　　　　　　SUFFOLK SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　　　　　Civil Docket

# SUCV2004-02678
## Anthos v Gloveground North Amrica LLC

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 06/18/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 07/21/2004 | **Session** | H - Civil H | | |
| **Origin** | 1 | **Case Type** | B03 - MV negligence/pers injury/prop dmg | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 09/16/2004 | **Answer** | 11/15/2004 | **Rule12/19/20** | 11/15/2004 |
| **Rule 15** | 11/15/2004 | **Discovery** | 04/14/2005 | **Rule 56** | 05/14/2005 |
| **Final PTC** | 06/13/2005 | **Disposition** | 08/12/2005 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Leslie Anthos
Active 06/18/2004

**Private Counsel 546445**
Ann M McNamara
Quinn & Morris
141 Tremont Street
6th floor
Boston, MA 02111
Phone: 617-423-3500
Fax: 617-426-8564
Active 06/18/2004 Notify

**Defendant**
Gloveground North Amrica LLC
Served: 06/28/2004
Served (answr pending) 07/08/2004

**Private Counsel 541882**
James M Campbell
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd Floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 07/21/2004 Notify

**Private Counsel 546512**
Kathleen M Guilfoyle
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd Floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 07/21/2004 Notify

**Private Counsel 636231**
Kenneth M Robbins
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 07/21/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/18/2004 | 1.0 | Complaint filed with request for trial by jury |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

03:49 PM

## SUCV2004-02678
### Anthos v Gloveground North Amrica LLC

| Date | Paper | Text |
|---|---|---|
| 06/18/2004 | | Origin 1, Type B03, Track F. |
| 06/18/2004 | 2.0 | Civil action cover sheet filed |
| 07/08/2004 | 3.0 | SERVICE RETURNED: Gloveground North Amrica LLC (Defendant) by delivering in hand to Y. Concepcion, Process Clk at CT Corp., 101 Federal St., Boston, MA on 6/28/04 |
| 07/21/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Globeground North America, LLC U. S. Dist.#(0411564NG). |
| 07/21/2004 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

. HEREBY ATTEST AND CERTIFY ON
JULY 22, 2004 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____

ASSISTANT CLERK.

1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                            SUPERIOR COURT
                                                        CIVIL ACTION NO.:

                                                        04-2678 N

LESLIE ANTHOS,           )
        Plaintiff        )
                         )
v.                       )
                         )
GLOBEGROUND              )
NORTH AMERICA LLC,       )
        Defendant        )
                         )

## COMPLAINT
### (JURY TRIAL REQUESTED)

### PARTIES

1. The plaintiff Leslie Anthos is a resident of Swampscott, Massachusetts.

2. Defendant Globeground North America LLC is a foreign corporation, listed with the Massachusetts Secretary of State's Office, with its usual place of business in Massachusetts located at 440 William F. McCellan, Boston, Suffolk County, MA, 02128 and having as its resident agent: CT Corporation, 101 Federal Street, Boston, MA 02110.

### FACTS

3. The plaintiff repeats and realleges the allegations contained in paragraphs 1-2 as if more fully rewritten herein.

4. On or about April 21, 2002, plaintiff Leslie Anthos was an employee of United Airlines Incorporated, driving a belt loader at Logan Airport in Boston, Massachusetts.

5. On or about April 21, 2002, an employee of defendant Globeground North America LLC, was operating a fuel truck owned by their employer defendant, Globeground North America LLC at Logan Airport in Boston, Massachusetts.

6. As plaintiff Leslie Anthos, who was signaled to stop by a co-worker, was traveling in the belt loader she brought it to a complete stop to let a 757 airliner back up, when suddenly and without warning, the employee of defendant Globeground North America LLC, while operating a fuel truck owned by the defendant, negligently collided into the rear-end of the belt loader plaintiff Leslie Anthos was operating, causing Leslie Anthos to suffer severe personal injuries.

## COUNT I
## NEGLIGENCE VS. GLOBEGROUND NORTH AMERICA LLC

7. The plaintiff repeats and realleges the allegations contained in paragraphs 1-6 as if more fully rewritten herein.

8. As a direct and proximate result of the negligence of the defendant Globeground North America LLC, through it's agents, employees and servants, as described in paragraph six (6), the plaintiff Leslie Anthos suffered severe personal injuries, medical expenses, disability, lost wages, causing her great pain of mind and body and leaving her in a much diminished state.

WHEREFORE, plaintiff Leslie Anthos demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

## COUNT II
## VICARIOUS LIABILITY VS. GLOBEGROUND NORTH AMERICA LLC

9. The plaintiff repeats and realleges the allegations contained in paragraphs 1-8 as if more fully rewritten herein.

10. On or about April 21, 2002 an employee of the defendant Globeground North America LLC was operating a fuel truck owned by the defendant in the course of their employment at Logan Airport in Boston, Massachusetts.

11 The defendant, Globeground North America LLC, is and was responsible for the negligent conduct of it's employee as the employee acted within the scope of their employment.

12. As a direct and proximate result of the negligence and carelessness of the employee of the defendant, Globeground North America LLC, the plaintiff, Leslie Anthos suffered severe personal injuries, medical expenses, disability, lost wages, causing her great pain of mind and body and leaving her in a much diminished state.

WHEREFORE, plaintiff Leslie Anthos demands judgment from this Honorable Court against Globeground North America LLC, for fair and equitable damages, plus interest, costs of this action and such other and further relief as the Court deems proper.

PURSUANT TO MASSACHUSETTS RULES OF CIVIL PROCEDURE RULE 38, THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

Plaintiff, Leslie Anthos,
by her attorney,

_____
Ann M. McNamara
QUINN AND MORRIS
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 117450

I HEREBY ATTEST AND CERTIFY ON
JULY 22, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.