UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

_____
                                            )
LESLIE ANTHOS                               )
                                            )
    Plaintiff,                             )
                                            )
v.                                          )   C.A. No. 04-11564-NG
                                            )
GLOBEGROUND NORTH                           )
AMERICA, LLC                                )
                                            )
    Defendant.                              )
_____)

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Leslie Anthos (the "plaintiff") and GlobeGround North America, LLC ("GlobeGround") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

I.    AGREED-UPON DISCOVERY PLAN

The parties agree on the following proposed discovery plan:

1.    The parties will serve their Fed. R. Civ. P. 26(a)(1) disclosure on or before November 3, 2004.

2.    Non-expert discovery to be concluded on or before April 4, 2005. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3.    GlobeGround has the right to conduct an IME of the plaintiff, at its expense, on or before July 1, 2005.

    4.     Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 2, 2005.

    5.     Plaintiff shall produce her proposed trial experts (including medical experts) for deposition on or before July 4, 2005.  In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

    6.     GlobeGround must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 1, 2005.

    7.     GlobeGround shall produce its proposed trial experts for deposition on or before September 1, 2005.  In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

    8.     With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4).  The parties shall be responsible for compensating their own experts for all preparation time.

II.     PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

    1.     All motions relating to joinder of parties, claims, and remedies and all motions to amend pleadings shall be filed on or before January 2, 2005.

    2.     All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before August 1, 2005.

    3.     The parties anticipate being ready for trial in September, 2005.

III.     ADR AND TRIAL BY MAGISTRATE

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3).  GlobeGround attaches, hereto, the required statement pursuant to Local Rule 16.1(D), and the plaintiff will submit her Local Rule 16.1(D) under separate cover.

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| LESLIE ANTHOS, | GLOBEGROUND NORTH AMERICA LLC |
| | |
| By her Attorneys, | By its Attorneys, |
| QUINN AND MORRIS, | CAMPBELL CAMPBELL EDWARDS & CONROY, PC, |
| | |
| *  /s/ Ann M. McNamara | /s/ Kathleen M. Guilfoyle |
| Ann M. McNamara, (BBO# 546445) | James M. Campbell (BBO# 541882) |
| Quinn and Morris | Kathleen M. Guilfoyle (BBO# 546512) |
| 141 Tremont Street | One Constitution Plaza |
| Boston, MA  02111 | Boston, MA 02129 |
| (617) 423-3500 | (617) 241-3000 |

Dated: October 13, 2004

* By Ms. Guilfoyle, per October 13 email authorization of Ms. McNamara.