UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS<br><br>    Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH<br>AMERICA, LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-11564-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant GlobeGround North America LLC ("GlobeGround") hereby certifies that its authorized representative has conferred with counsel for GlobeGround:

    (a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

GLOBEGROUND NORTH AMERICA LLC,

By its Attorneys,

Campbell Campbell Edwards & Conroy
Professional Corporation

_____
James M. Campbell, BBO # 541882
Kathleen M. Guilfoyle, BBO# 546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

_____
GLOBEGROUND NORTH AMERICA LLC
By: Dino G. Noto - General Counsel