UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LESLIE ANTHOS,<br>    Plaintiff<br><br>v.<br><br>GLOBEGROUND<br>NORTH AMERICA, LLC,<br>    Defendant | CIVIL ACTION NO.: 04-11564-NG |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the plaintiff and her counsel certify that they have conferred on the following:

a. to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: Oct 14, 2004

_____
Leslie Anthos

Dated: Oct 14, 2004

_____
Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

## CERTIFICATE OF SERVICE

I, Ann McNamara, hereby certify that I have this ___14th___ day of October, 2004, served a copy of the enclosed **Plaintiff's Local Rule 16.1(D)(3) Certificate,** by first class mail, postage prepaid to counsel of record:

Kathleen M. Guilfoyle, Esquire
Campbell, Campbell, Edwards & Conroy
1 Constitution Plaza
Third Floor
Boston, MA 02129

 

Ann M. McNamara
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445