# United States District Court
# District of Massachusetts

**LESLIE ANTHOS,**
              **Plaintiff,**

      **v.**                                                  **CIVIL ACTION NO. 04-11564-NG**

**GLOBEGROUND NORTH AMERICA, LLC.,**
              **Defendant.**

## SCHEDULING
## ORDER - RULE 16(b), FED. R. CIV. P.

**COLLINGS, U.S.M.J.**

       The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

       (1)      Automatic disclosures must be COMPLETED *on or before the close of business on Wednesday, November 3, 2004.*

       (2)      Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Friday, December 3, 2004;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

       (3)      Any motions to amend the pleadings must be filed and served *on or before the close of business on Monday, January 3, 2005.*

       (4)      All other non-expert discovery shall be filed and/or served *on or before the close of business on Monday, February 28, 2005* and *COMPLETED on or before the close of business on Monday, April 4, 2005.*

(5)    Counsel shall report for a further conference on *Wednesday, February 16, 2005 at 11:00 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.  At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) any dispositive motions which are contemplated, and (d) the schedule for expert discovery .

/s/ Robert B. Collings
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

October 21, 2004.

2