**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

FILED
IN CLERKS OFFICE

2004 OCT 25 P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

KATHLEEN M. GUILFOYLE
(617) 241 3109
kguilfoyle@campbell-trial-lawyers.com

October 22, 2004

VIA REGULAR MAIL

Noreen Russo, Clerk for
Magistrate Judge Collings
United States District Court
John Joseph Moakley US Courthouse
One Courthouse Way – Suite 2300
Boston, MA  02210

    Re:    <u>Leslie Anthos v. GlobeGround North America, LLC</u>
            Civil Action No.: 04-11564-NG

Dear Ms. Russo:

This letter shall serve as confirmation that our client, GlobeGround North America LLC, agrees to have the above-referenced matter handled by Magistrate Judge Collings.

Thank you for your attention to this matter.

            Very truly yours,

            Kathleen M. Guilfoyle

KMG:bko
cc:    Ann M. McNamara, Esquire
       James M. Campbell, Esquire