UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

LESLIE ANTHOS, )
   Plaintiff )
)
v. ) CIVIL ACTION NO.: 04-11564-NG
)
GLOBEGROUND )
NORTH AMERICA, LLC, )
   Defendant )
)

## ASSENTED TO:

## PLAINTIFF'S MOTION TO CONTINUE STATUS CONFERENCE.

Now comes the plaintiff in the above referenced claim and respectfully request the Court continue the Status Conference scheduled for Wednesday, February 16, 2005 at 11:00 a.m. to a date convenient for the Court. In support of this motion the plaintiff states the following:

1.) All parties have assented to this motion.

2.) Attorney for the plaintiff has an Administrative Hearing that can not be rescheduled, thus causing a scheduling conflict for Wednesday, February 16, 2005 and is not available to attend the Status Conference.

3.) No party will be prejudice by allowance of this motion.

4.) Allowing this motion will serve the interests of judicial economy.

WHEREFORE, the plaintiff in the above referenced claim respectfully request the Court continue the Status Conference scheduled for Wednesday, February 16, 2005 at 11:00 a.m. to a date convenient for the Court.

**ASSENTED TO:**

Defendant, Globeground
North America, LLC
by their attorney,

_____
Kathleen M. Guilfoyle, Esquire
Campbell, Campbell, Edwards & Conroy
1 Constitution Plaza, Third Floor
Boston, MA 02129
Tel. (617) 241-3000
BBO #: 546512

Plaintiff Leslie Anthos,
by her attorney,

_____
Ann McNamara, Esquire
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445

## CERTIFICATE OF SERVICE

I, Ann M. McNamara, hereby certify that I have this ____ day of February, 2005, served a true copy of the enclosed **Assented To: Plaintiff's Motion to Continue Status Conference,** by fax and first class mail, postage prepaid to counsel of record:

Kathleen M. Guilfoyle, Esquire
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza, Third Floor
Boston, MA 02129

_____
Ann McNamara, Esquire
Quinn and Morris
141 Tremont Street
Boston, MA 02111
Tel. (617) 423-3500
BBO #: 546445