UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH AMERICA LLC,<br><br>    Defendant. | C.A. No. 04-11564-NG |

## JOINT MOTION TO CHANGE HEARING DATE

Plaintiff Leslie Anthos ("the plaintiff") and defendant GlobeGround North America LLC ("GlobeGround") (collectively referred to as "the parties"), move to change the date of the hearing in this action <u>from April 12, 2005 to a date approximately 30 days later</u>. As grounds for their motion, the parties state as follows.

    1.    This personal injury action arises out of a collision on the tarmac at Logan Airport between a truck operated by GlobeGround and a belt loader operated by the plaintiff.

The parties had agreed to take six depositions of fact witnesses, including the GlobeGround driver, the plaintiff, and eye witnesses to the accident. While the parties have made every effort to complete these depositions on time, they have encountered problems and will be unable to complete them in advance of the upcoming status conference. Specifically, the GlobeGround driver has been out of the country on family medical leave and has just returned to Boston. In addition, the parties have had difficulty

locating three of the eye witnesses because they either are no longer employed by GlobeGround or they are employees of United, and the pending bankruptcy has slowed the production of last known addresses.

2. The parties anticipate that they will be able to complete these depositions within the next thirty (30) days.

WHEREFORE, the parties respectfully request that this Court grant their motion to change the current hearing date <u>from April 12, 2005 to a date approximately 30 days later</u>.

| The Plaintiff,<br>Leslie Anthos, | The Defendant,<br>GlobeGround North America LLC, |
|---|---|
| By her attorneys,<br>QUINN AND MORRIS | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS &<br>CONROY, PROFESSIONAL CORPORATION |
| <u>*/s/ Ann M. McNamara</u><br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3500 | <u>/s/ Kathleen M. Guilfoyle</u><br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

Dated: April 8, 2005
* By Ms. Guilfoyle, per April 7 authorization of Ms. McNamara.

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2005, I served, via first-class mail, a true copy of Joint Motion to Change Hearing Date on plaintiff's counsel:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA  02111


/s/ Kathleen M. Guilfoyle