# United States District Court
# District of Massachusetts

LESLIE ANTHOS,

    V.                                      Civil Action No.: 04-11564-RBC

GLOBEGROUND NORTH AMERICA, LLC.,
        Defendant.

## ***PROCEDURAL ORDER***

COLLINGS, U.S.M.J.

There is a possibility that the Court will not be able to sit on the trial of this case on Thursday, December 8 and Friday, December 9. Obviously, the first option in this circumstance is to recess the trial at the close of the day on Wednesday and resume on Monday, December 12. Another option would be to empanel and have the Final Pre-Trial Conference on December 5th and then begin the opening statements and presentation of evidence on December 12th (full day) and on a 9-1 schedule for the rest of the week of December 12th.

Counsel are directed to confer and advise the Court **on or before the close of business on Wednesday, August 31, 2005** as to what option they

prefer.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 18, 2005.