UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBEGROUND NORTH )<br>AMERICA LLC, )<br>)<br>Defendant. ) | C.A. No. 04-11564-NG |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND CONTINUE TRIAL DATE

The parties in the above-referenced claim respectfully request the Court to extend pending discovery deadlines for 60 days and continue the trial date, now scheduled for final Pre-Trial Conference on December 5, 2005, to a date in February 2006.

As reason for this motion, Plaintiff's attorney has recently been diagnosed with breast cancer is currently undergoing chemotherapy with radiation treatment to follow. The side effects of chemotherapy have resulted in Plaintiff's attorney losing significant time from work, which in turn has impacted deadlines in cases such as this. Chemotherapy and radiation treatments are expected to last until the middle of December 2005. While the parties have completed fact discovery, expert discovery still remains to be completed. The parties anticipate that they will be able to complete the remaining expert discovery within 60 days. In addition, the parties are still discussing potential mediation and will make a final decision on their clients' willingness to participation in mediation on or before October 31, 2005.

Plaintiff's attorney does not believe at this time that she will be able to adequately prepare for or participate in a trial scheduled for December 2005. It is for this reason that the parties ask for a continuance of this matter.

WHEREFORE, the parties in the above-referenced claim respectfully request the Court extend the discovery deadlines for 60 days from today's date and continue the trial in this matter until a date in February 2006.

| | |
|---|---|
| The Plaintiff,<br>Leslie Anthos, | The Defendant,<br>GlobeGround North America LLC, |
| By her attorneys,<br>QUINN AND MORRIS | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS &<br>CONROY, PROFESSIONAL CORPORATION |
| */s/ Ann M. McNamara<br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3500 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

Dated:  August 31, 2005
* By Ms. Guilfoyle, per August 31, 2005 authorization of Ms. McNamara.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I served, via first-class mail, a true copy of Joint Motion to Change Hearing Date on plaintiff's counsel:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA  02111


/s/ Kathleen M. Guilfoyle