UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

|  |  |
|---|---|
| LESLIE ANTHOS,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH<br>AMERICA LLC,<br>    Defendant. | C.A. No. 04-11564-NG |

## JOINT RESPONSE TO THE COURT'S PROCEDURAL ORDER

Plaintiff Leslie Anthos and defendant GlobeGround North America LLC (collectively referred to as "the parties"), hereby respond to the issues raised by the Court in its Procedural Order of August 18, 2005. Specifically, the parties have jointly moved today to continue the current trial in this matter due to health problems of the plaintiff's counsel. In the event that the motion is denied and in order to comply with the Procedural Order, the parties state that their preference is to have the final pretrial conference and empanel on December 5th and then begin opening statements and presentation of evidence on December 12, 2005.

| | |
|---|---|
| The Plaintiff,<br>Leslie Anthos, | The Defendant,<br>GlobeGround North America LLC, |
| By her attorneys,<br>QUINN AND MORRIS | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS & CONROY,<br>PROFESSIONAL CORPORATION |
| */s/ Ann M. McNamara<br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3500 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

\* By Ms. Guilfoyle, per August 31, 2005 authorization of Ms. McNamara.

CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2005, I served, via first-class mail, a true copy of Joint Motion to Change Hearing Date on plaintiff's counsel:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111


                /s/ Kathleen M. Guilfoyle