UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH<br>AMERICA LLC,<br>    Defendant. | C.A. No. 04-11564-NG |

## PLAINTIFF'S AND DEFENDANT'S JOINT STATUS REPORT

Plaintiff Leslie Anthos ("the plaintiff") and defendant GlobeGround North America LLC ("GlobeGround") (collectively referred to as "the parties") have conferred and hereby submit this status report pursuant to the Court's Order of September 1, 2005.

1. **Status of Discovery** – GlobeGround has received the medical expert disclosure of the plaintiff and it intends to have at least one Independent Medical Exam completed. GlobeGround has requested a copy of the plaintiff's employment records with United and it is hopeful that the plaintiff will be able to assist in obtaining a copy of these records as she has now returned to work. Other than potential expert depositions if this case does not settle at mediation, the parties do not currently anticipate any additional discovery. GlobeGround requests until the end of January for the IME and reports.

2. **Mediation** – After the IME's have been completed, the parties are willing to participate in the federal mediation program to try to resolve the case. Both parties are going to discuss the potential use of Magistrate Judge Bowler as a mediator through this program and will report back to the Court and request a referral. The parties anticipate

being able to mediate the case at the end of February, 2006.

3.  **Trial** – The parties want to defer any expert discovery until after they have made an effort to settle the case at mediation. If the case does not settle, expert depositions are likely and the parties anticipate that they will be able to complete these depositions within sixty days after the completion of the mediation. Depending on the schedules of the parties' experts, videotape depositions for use at trial may be necessary. The parties anticipate being ready for trial in May, 2006.

| | |
|---|---|
| The Plaintiff,<br>Leslie Anthos, | The Defendant,<br>GlobeGround North America LLC, |
| By her attorneys,<br>QUINN AND MORRIS | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS & CONROY,<br>PROFESSIONAL CORPORATION |
| */s/ Ann M. McNamara<br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA  02111<br>(617) 423-3500 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |

\* By Ms. Guilfoyle, per November 14, 2005 authorization of Ms. McNamara.