UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH<br>AMERICA LLC,<br>    Defendant. | C.A. No. 04-11564-NG |

## JOINT STATUS REPORT

Plaintiff Leslie Anthos ("the plaintiff") and defendant GlobeGround North America LLC ("GlobeGround") (collectively referred to as "the parties") have conferred and hereby submit this status report pursuant to the Court's Order of November 4, 2005.

Specifically, the parties have conferred with their clients and have confirmed their willingness to have Magistrate Judge Bowler mediate this case through the Federal Mediation Program. Since all remaining discovery must be completed by January 31, 2006, the parties request a mediation date at the end of February, 2006. The parties request that the court make the requisite referral to allow the parties to complete this mediation before Magistrate Judge Bowler.

| | |
|---|---|
| The Plaintiff,<br>Leslie Anthos, | The Defendant,<br>GlobeGround North America LLC, |
| By her attorneys,<br>QUINN AND MORRIS | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS & CONROY,<br>PROFESSIONAL CORPORATION |
| */s/ Ann M. McNamara<br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA  02111<br>(617) 423-3500 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

\* By Ms. Guilfoyle, per November 30, 2005 authorization of Ms. McNamara.