UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS,<br><br>Plaintiff,<br><br>v.<br><br>GLOBEGROUND NORTH AMERICA LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11564-NG<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR COMPLETION OF THE INDEPENDENT MEDICAL EXAMINATION

Defendant GlobeGround North America LLC ("GlobeGround") hereby moves, with the assent of the plaintiff Leslie Anthos, to extend the deadline for completion of the Independent Medical Examination by thirty (30) days to February 28, 2006. The requested extension will not interfere with the mediation presently scheduled before Magistrate Bowler or with any other deadlines in this action.

As grounds for its motion, GlobeGround states that an IME doctor has been retained, however, due to scheduling and travel issues, the examination cannot take place until early February, 2006.

| | |
|---|---|
| ASSENTED TO:<br>The Plaintiff,<br>Leslie Anthos,<br><br>By her attorneys,<br>QUINN AND MORRIS<br><br><br><br>*/s/ Ann M. McNamara<br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3500 | The Defendant,<br>GlobeGround North America LLC,<br><br>By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS & CONROY,<br>PROFESSIONAL CORPORATION<br><br>/s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

\* By Ms. Guilfoyle, per January 31, 2006 email authorization of Ms. McNamara.

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

    /s/ Kathleen M. Guilfoyle