UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

|  |  |
|---|---|
| LESLIE ANTHOS,           )<br>                          )<br>      Plaintiff,         )<br>                          )<br>v.                        )<br>                          )<br>GLOBEGROUND NORTH        )<br>AMERICA LLC,             )<br>      Defendant.         )<br>                          ) | C.A. No. 04-11564-NG |

### JOINT MOTION TO PARTICIPATE IN MEDIATION BY TELEPHONE

Plaintiff Leslie Anthos ("the plaintiff") and defendant GlobeGround North America LLC ("GlobeGround") (collectively referred to as "the parties") jointly move for leave to have the following two insurance representatives participate in the mediation, as necessary, by telephone: (1) GlobeGround's insurer, Allianz Global Risks, for California; and (2) Gallagher Bassett, the worker's compensation insurer for the plaintiff's employer. Counsel for GlobeGround will attend, with settlement authority, in person, as will the plaintiff and her counsel.

GlobeGround also moves, with the assent of the plaintiff, for permission to bring two Lawrence Academy students who are working as interns at defense counsel's firm to the mediation.

WHEREFORE, the parties respectfully request that their motion be allowed.

| | |
|---|---|
| The Plaintiff,<br>Leslie Anthos, | The Defendant,<br>GlobeGround North America LLC, |
| By her attorneys,<br>QUINN AND MORRIS | By its attorneys,<br>CAMPBELL, CAMPBELL EDWARDS & CONROY,<br>PROFESSIONAL CORPORATION |
| */s/ Ann M. McNamara<br>Ann M. McNamara (BBO #546445)<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 423-3500 | /s/ Kathleen M. Guilfoyle<br>James M. Campbell (BBO #541882)<br>Kathleen M. Guilfoyle (BBO #546512)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

* By Ms. Guilfoyle, per March 9, 2006 authorization of Ms. McNamara.

CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, I served, via first-class mail, a true copy of Joint Motion to Participate in Mediation By Telephone on plaintiff's counsel:

Ann M. McNamara, Esq.
Quinn and Morris
141 Tremont Street
Boston, MA 02111

/s/ Kathleen M. Guilfoyle