**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Leslie Anthos
 Plaintiff

CIVIL ACTION
V.                                      NO.    04-11564-RBC

Globeground North America, LLC
 Defendants

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE    Collings

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]  On    03/13/2006    I held the following ADR proceeding:

| | SCREENING CONFERENCE | | EARLY NEUTRAL EVALUATION |
| X | MEDIATION | | SUMMARY BENCH / JURY TRIAL |
| | MINI-TRIAL | | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

All parties were not present in person, but by an authorized officer. [except_____].

The case was:

[x]  Settled.  Your clerk should enter a ___60____ day order of dismissal.

[ ]  There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

      03/13/2006                                    Marianne B. Bowler, USMJ
           DATE                                            ADR Provider

(ADR Report (Anthos).wpd - 4/12/2000)                                    [adrrpt.]