# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LESLIE ANTHOS,
    Plaintiff,

v.

GLOBEGROUND NORTH
AMERICA, LLC,
    Defendant.

CIVIL ACTION NO:
04-11564-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    After Mediation, counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, May 15, 2006.**

    /s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

March 14, 2006
Notice to:
Ann McNamara, Esquire
James Campbell, Esquire
Kenneth Robbins, Esquire
Kathleen Guilfoyle, Esquire

Case 1:04-cv-11564-RBC    Document 28    Filed 03/14/2006    Page 2 of 2