UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| LESLIE ANTHOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GLOBEGROUND NORTH ) <br> AMERICA LLC, ) <br> ) <br> Defendant. ) | C.A. No. 04-11564-RBC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their respective attorneys, hereby stipulate that all claims of the parties in this action be dismissed with prejudice, without costs, and with all rights of appeal being waived.

| The Plaintiff, | The Defendant, |
|---|---|
| Leslie Anthos, | GlobeGround North America LLC, |
| | |
| By her attorneys, | By its attorneys, |
| QUINN AND MORRIS | CAMPBELL, CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION |
| | |
| */s/ Ann M. McNamara | /s/ Kathleen M. Guilfoyle |
| Ann M. McNamara (BBO #546445) | James M. Campbell (BBO #541882) |
| 141 Tremont Street | Kathleen M. Guilfoyle (BBO #546512) |
| Boston, MA  02111 | One Constitution Plaza |
| (617) 423-3500 | Boston, MA 02129 |
| | (617) 241-3000 |

*Per telephone authorization
Dated:  May 10, 2006

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 10, 2006.

                                                    <u>/s/ Kathleen M. Guilfoyle</u>